**Sabatini Law Firm, LLC**
216 N. Blakely St.
Dunmore, PA 18512

Fortuna Espaillat
321 Neptune Pl.
Scranton, PA 18505

## Rate Summary

| Professional | Gross | | | Discount | | Net |
|---|---|---|---|---|---|---|
| Carlo Sabatini | 3.8 hours at $415.00/hour. | | $1,494.00 | 0.40 | −166.00 | 1,328.00 |
| Ashley Werner | 4.1 hours at $150.00/hour. | | $641.50 | 0.07 | −10.00 | 631.50 |
| Dafne Vazquez | 7.3 hours at $135.00/hour. | | $985.50 | 0.00 | 0.00 | 985.50 |
| Erika Ramirez | 1.4 hours at $50.00/hour. | | $70.00 | 0.00 | 0.00 | 70.00 |
| | | | | 0.47 | −176.00 | 3,015.00 |

## Itemized Listing of Services

| Date | Description | Initials | Rate | Time | Amount | Disc. |
|---|---|---|---|---|---|---|
| 07/15/2025 | Initial bankruptcy consultation with client | CS | $415.00 | 0.7 | $290.50 | −166.00 |
| 09/13/2025 | Prepare schedules. See attached itemization. | DV | $135.00 | 1.2 | $162.00 | 0.00 |
| 09/19/2025 | Prepare schedules. See attached itemization. | DV | $135.00 | 2.2 | $297.00 | 0.00 |
| 09/21/2025 | Review responses from client in answer to my questions. Continue preparation of schedules using the same. See attached itemization. | DV | $135.00 | 1.1 | $148.50 | 0.00 |
| 09/23/2025 | Email to CS regarding equity issue. | DV | $135.00 | 0.1 | $13.50 | 0.00 |
| 09/23/2025 | Call to client regarding equity issues. | DV | $135.00 | 0.1 | $13.50 | 0.00 |
| 10/04/2025 | Update case for October filing. Email to CS regarding CMA and equity. | DV | $135.00 | 0.2 | $27.00 | 0.00 |
| 10/08/2025 | Call to client. Discuss risk of Chapter 7 and possibility of Chapter 13. Client has decided he will file a 13. | CS | $415.00 | 0.1 | $41.50 | 0.00 |
| 10/15/2025 | Prepare Chapter 13 plan. Email to DV regarding the same. | AW | $150.00 | 0.2 | $30.00 | 0.00 |
| 10/18/2025 | Update file for a Chapter 13 filing. Continue preparing schedules. See attached itemization. | DV | $135.00 | 1.5 | $202.50 | 0.00 |
| 10/20/2025 | Call with client to discuss proposed payment plan. | CS | $415.00 | 0.3 | $124.50 | 0.00 |
| 10/21/2025 | Call with debtor's accountant to discuss Schedule C income and expenses. | CS | $415.00 | 0.4 | $166.00 | 0.00 |
| 10/22/2026 | Meeting with client to go over petition, schedules, and plan. | CS | $415.00 | 1.3 | $456.50 | 0.00 |
| 10/22/2025 | Do pre-signing tasks and file petition and corresponding documents | DV | $135.00 | 0.9 | $121.50 | 0.00 |
| 10/23/2025 | Receive and review notice of 341 meeting. Calendar hearing. Email to client regarding the same. | AW | $150.00 | 0.1 | $15.00 | −10.00 |
| 11/18/2025 | Analyze claims 1, 2 and 3 filed on the docket. | AW | $150.00 | 0.1 | $15.00 | 0.00 |
| 11/19/2025 | Review paralegal's analysis of claim 3. | CS | $415.00 | 0.1 | $41.50 | 0.00 |
| 11/20/2025 | Send payment address to client for claim 3. | AW | $150.00 | 0.1 | $15.00 | 0.00 |
| 11/24/2025 | Review file and organize it in preparation for Meeting of Creditors. Meet with client in preparation for meeting. | ER | $50.00 | 1.4 | $70.00 | 0.00 |
| 11/25/2025 | Review claims for unexpected amounts or classifications and corresponding impact on plan. Confirm that all necessary claims have either been filed or that a task has been set to ensure filing. Set task if any claim needs future attention (e.g., objections/lien avoidance.) Draft summary memo to atty. | AW | $150.00 | 0.4 | $60.00 | 0.00 |
| 12/01/2025 | Attend 341 meeting. | CS | $415.00 | 0.2 | $83.00 | 0.00 |
| 12/01/2025 | Meeting with client to prepare for 341 meeting. | CS | $415.00 | 0.4 | $166.00 | 0.00 |
| 12/01/2025 | Review summary memo prepared by ASW re claims. | CS | $415.00 | 0.1 | $41.50 | 0.00 |
| 12/05/2025 | Receive and review notice of confirmation hearing. Calendar the same. Confirm all required tax returns are in the file. There are tax returns missing from the file. Notate which ones we need and instruct DV to tell client what is required of him and by when. Draft pre-confirmation cert of compliance. Review bill and draft Request for Payment. Email to CS to approve Request for Payment. | AW | $150.00 | 0.5 | $75.00 | 0.00 |
| 12/05/2026 | Review and approve Request for Payment. | CS | $415.00 | 0.1 | $41.50 | 0.00 |
| 12/05/2025 | Review objection to plan filed on the docket. Review file. Email to CS regarding objection. | AW | $150.00 | 0.3 | $45.00 | 0.00 |
| 12/10/2025 | Receive and review email regarding returns. Send client certification in support of confirmation. Email to DV regarding the same. | AW | $150.00 | 0.2 | $30.00 | 0.00 |
| 12/10/2025 | Receive and review signed cert in support of confirmation. Instruct TLB to file the same. | AW | $150.00 | 0.1 | $15.00 | 0.00 |
| 12/17/2025 | Analyze claims 4 and 5, Email analysis of claim 5 to CS. Email new payment address to client. | AW | $150.00 | 0.2 | $30.00 | 0.00 |
| 12/18/2025 | Review analysis of mortgage loan proof of claim. | CS | $415.00 | 0.1 | $41.50 | 0.00 |
| 01/02/2026 | Review letter from Citi regarding account being sold. Instruct ER to send to client for his records only. | AW | $150.00 | 0.1 | $15.00 | 0.00 |
| 01/05/2026 | Email to Roeder asking if case is ready for confirmation. | AW | $415.00 | 0.1 | $41.50 | 0.00 |
| 01/07/2026 | Review court calendar. Not vacated. Email to CS. | AW | $150.00 | 0.1 | $15.00 | 0.00 |
| 01/07/2026 | Review local rule regarding confirmation. Email to CS to tell him he doesn't have to attend. | AW | $150.00 | 0.1 | $15.00 | 0.00 |
| 01/07/2026 | Analyze claims 6, 7, and 8. | AW | $150.00 | 0.3 | $45.00 | 0.00 |
| 01/15/2026 | Receive and review order confirming plan. Update file. Prepare mailing of order confirming plan. | AW | $150.00 | 0.2 | $30.00 | 0.00 |

| Date | Description | Initials | Rate | Time | Amount | Disc. |
|---|---|---|---|---|---|---|
| 04/01/2026 | Prepare fee application. | AW | $150.00 | 1.0 | $150.00 | 0.00 |
| | | | | Sub-total Fees: | **3,191.00** | -176.00 |
| | | | | Net Fees After Discount: | **3,015.00** | |

## Expenses

| Date | Description | Price | Units | Amount | Discount |
|---|---|---|---|---|---|
| 09/12/2025 | Best Case Fee | $50.00 | 1.00 | $50.00 | |
| 10/22/2025 | Filing Fee | $313.00 | 1.00 | $313.00 | |
| 01/16/2026 | Postage and cost of mailing order confirming the plan | 20.46 | 1.00 | 20.46 | |
| | | | | ====== | |

*Total:* **383.46**

## Total

Net Fees After Discount: 3,015.00
Net Expenses After Discount: 383.46
======
3,398.46

Total post-discounted value of entries containing "email": 327.00
As a percentage of the total fees: 0.108

Case 5:25-bk-03020-MJC    Doc 24-2    Filed 06/12/26    Entered 06/12/26 15:35:57    Desc
Exhibit B - Bill    Page 2 of 7

# Breakdown of time spent on certain tasks through the filing of the case.

| | |
|---|---|
| 0:15:02 | Enter correct paystubs and other sources of income for each debtor into client's spreadsheet. Review documentation provided by client to verify expenses listed by client in the budget. Analyze income to confirm no barrier to filing or to choice of chapter. Address all flagged issues arising from entering income and expenses. |
| 0:24:39 | Review information provided by client during initial interview process and other documentation provided by client to ensure all assets mentioned are included on Schedule A/B. Evaluate information found on background check to ensure all properties where the client has ownership interest are included on Schedule A/B. Evaluate Schedule I and Schedule J information in client's spreadsheet to determine if any item requires any previously unmentioned asset to be listed on Schedule A/B. Evaluate assets listed on any recently filed bankruptcy case to determine if any need to be included in current bankruptcy case. Evaluate income listed on Statement of Financial Affairs #4 and #5 to determine if any item listed there requires any previously unmentioned asset to be listed on Schedule A/B. For clients who own real estate: Ensure valuation is saved in client's electronic folder. Update Schedule A/B in schedule preparation software with information and value of Debtor's real estate. Review satellite maps to look for any items on Debtor's property that need to be listed on Schedule A/B. Review documentation provided by client to ensure vehicles are listed with the proper ownership. Update Schedule A/B in schedule preparation software with information and value of Debtor's vehicle. Review information provided by the client to ensure all categories of common assets have entries. Request any incomplete information from client. |
| 0:00:02 | For any account listed on Schedule B #24, make notation for the attorney that a record of interest needs to be prepared and filed. Ensure account statement is saved in client's electronic folder. Ask client for account statement if it has not been provided. |
| 0:00:21 | Review supplemental questionnaire to see if anyone owes the client any money or property. Ensure any money or property owed to the debtor is listed on Schedule A/B. |
| 0:00:15 | Evaluate supplemental questionnaire to determine if client might have any claims against another party. List any potential claims from supplemental questionnaire and any potential in-house claims on Schedule A/B. List any filed claims on Statement of Financial Affairs #9. |
| 0:00:04 | Review documentation provided by client to verify ownership of all assets on Schedule A/B. |
| 0:00:30 | Ensure the income entered for the Means Test period is accurate. Analyze income on the Means Test tab of client's spreadsheet. If client's income is above the median, complete Form 122 Means Test tab in schedule preparation software for each entry on Schedule D. If client's income is above the median, ensure Monthly Disposable Income in schedule preparation software equals the Estimated GUF from client's spreadsheet. If client's income is above the median income, complete Above Median Means Test Checklist. |
| 0:00:45 | Review ownership of assets listed on Schedule A/B and ensure value and exemptions are listed properly for any property owned with someone not filing with the debtor. |
| 0:00:09 | Review asset values listed on Schedule A/B for any asset with an unknown or $0 value. Have attorney review any such asset to determine how to appropriately list the value. |
| 0:00:08 | Review asset descriptions listed on Schedule A/B to ensure each description is appropriate. |
| 0:29:25 | Apply exemptions to each asset listed on Schedule A/B. If using entireties exemptions: Analyze credit reports for unsecured or undersecured debt owned by each spouse and, if there is any, ensure it is accounted for properly. Review documentation provided by client to ensure proper ownership of real estate and vehicles. |
| 0:03:19 | For each claim on Schedule D, ensure that we have a recorded mortgage for each real estate loan. Ensure that each loan incurred within the last 2 years is listed on the Statement of Financial Affairs #18. 13s: Ensure all delinquent property taxes are listed appropriately in client's spreadsheet. |
| 0:03:42 | Review liabilities listed on Schedules D and E/F to ensure each is listed completely and accurately. Ensure specific types of debts are marked as disputed. Review all liabilites to ensure any lawyers from collection letters and lawsuits have been included to be notified of the case. |
| 0:50:32 | Review credit reports, collection letters, creditor letters, lawsuits, back taxes, and additional documentation provided by client to ensure all debts and additional parties are listed on Schedules D and E/F. Review public records and background search to ensure any judgments against the client are included on Schedule D. If there is an unpaid sewer bill on real estate the Debtor owns, make a notation for the attorney to address sewer debt appropriately. 13s: Ensure all debts to any utility company is notated properly to ensure proper treatment when filing the case. |
| 0:00:39 | Evaluate all debts listed on Schedules D and E/F to determine if any debts are potentially non-dischargeable. If any potentially nondischargeable debts are listed, make notation for attorney to review and determine if any additional disclosure needs to be made to the client. |
| 0:00:49 | 13s: Prepare the plan. Ensure plan payment amount is reasonably close to estimate given upon hiring, and, if it is not, flag issue for attorney. |

Case 5:25-bk-03020-MJC   Doc 24-2   Filed 06/12/26   Entered 06/12/26 15:35:57   Desc
Exhibit B - Bill   Page 3 of 7

| | |
|---|---|
| 0:00:03 | Analyze any judgments listed on Schedules D or E/F as well as on Statement of Financial Affairs #9 to determine if they are a lien on real estate or personal property. If the judgment is a lien, make notation for the attorney and ensure lien is handled properly including being included in the plan if it's a Chapter 13. |
| 0:00:41 | Analyze documentation provided by client to determine if landlord needs to be notified of the bankruptcy. If the landlord has an eviction judgment, notate that information to be included in disclosures client will sign before filing. Notate petition accordingly. |
| 0:01:29 | Review list of creditors on Schedules D and E/F. If any debt to certain states or agencies, ensure that the address used is the address registered at the PAMB US Courts website. |
| 0:00:01 | For joint filers where either debtor owes less than $10,000, make notation for the attorney to review. |
| 0:02:46 | Review documentation provided by client to ensure all contracts, apartment leases, car leases, and month to month contracts/leases are included and described on Schedule G. Ensure that each active contract with a debt management company is listed as rejected on Schedule G. Ensure each claim amount on Schedule F is accurate based on whether or not there is an early termination fee. Ensure that all property that is held because of a lease or rent to own contract is listed on the Statement of Financial Affairs #23. |
| 0:05:48 | Review documentation provided by client to ensure all codebtors are listed on Schedule H. Ensure Schedule H #2 is consistent with the Statement of Financial Affairs #3. For all codebtors listed on Schedule H, email legal assistant to set a task for attorney to do a free review codebtor's credit reports in 6 months. |
| 0:06:07 | Enter information from client's spreadsheet into Schedule I in the schedule preparation software. Check for certain retirement plan deductions from Debtor's pay and mark for attorney's review. For any business income, prepare a business income statement to append to Schedule I. Ensure 1/12 of tax refund is included on Schedule I. Ensure all expected income changes are described on Schedule I.13. Review information provided by client to determine if next year's tax refund is expected to be about the same; if not, notate for attorney review and explain the reason for the change on Schedule I.13. |
| 0:00:17 | If Debtor is female and Overview shows "Individual (Married)", then confirm that Best Case > Forms & Schedules > Schedule A/B > is correct for each asset that is owned individually – i.e., by D1 or by D2. |
| 0:09:36 | Add information from the J tab of the client's spreadsheet to Schedule J in the schedule preparation software. Review documentation provided by client to ensure dependents are listed in the schedule preparation software. If debtor's expenses include those of other people, notate for attorney review. Check Schedules D and E/F to confirm that any expenses that need to be included in Schedule J are included, and any expenses not being paid at all, or being paid through the plan are not included in Schedule J. Check Schedule J for any expenses that need to be added to Schedules D or E/F. Analyze all payments to ensure any ending within 1 year are noted on Schedule J.24. Analyze expenses for consistency with documentation and our knowledge of client's household. |
| 0:04:23 | Review documentation provided by client to enter other income including fixed income amounts, family support, proceeds from settled lawsuits, and financial account interest is entered into Statement of Financial Affairs #5. Ensure entries are consistent with client's spreadsheet. For irregular income over $5,000.00, notate for attorney review. |
| 0:03:43 | Review documentation provided by client to enter payments to ordinary creditors within the 90 days before filing into Statement of Financial Affairs #6. |
| 0:00:13 | Review documentation provided by client and Schedule J to enter payments on any debts owed to insiders over the last year into Statement of Financial Affairs #7. |
| 0:01:09 | Review Schedule H. Confirm any co-debtors that are insiders are listed in Statement of Financial Affairs #8 if Debtor made payments. |
| 0:02:15 | Review documentation provided by client, online resources, and suits that we were involved in to ensure all lawsuits, court actions, and/or administrative proceedings the client was involved with in the last year are included on Statement of Financial Affairs #9. |
| 0:00:05 | Review information provided by client to ensure any repossession, foreclosure, return, garnishment, or levy that the client was involved in over the last year are included on Statement of Financial Affairs #10 and that any deficiencies are listed on Schedule E/F. |
| 0:00:06 | Review Schedules I and J and ensure charitable contributions are included on Statement of Financial Affairs #14. |

Case 5:25-bk-03020-MJC   Doc 24-2   Filed 06/12/26   Entered 06/12/26 15:35:57   Desc
Exhibit B - Bill   Page 4 of 7

| | |
|---|---|
| 0:26:20 | Review documentation in the file to ensure all payments related to bankruptcy are listed on Statement of Financial Affairs #16. Review documentation in client's file to complete Form 2030. Evaluate documentation in client's file to determine if the bankruptcy attorney fees were paid by anyone else or were received as a gift or loan. Ensure Form 2030 correctly reflects any payments by a third party. Append client's Fee Agreement to Form 2030 in schedule preparation software. Ensure any fees received from client that were not related to the bankruptcy within the year before the case was filed are included on Statement of Financial Affairs #16 and notate for attorney review. |
| 0:00:30 | Review information provided by client to ensure any out of the ordinary sales and or transfers within the last 2 years are listed on Statement of Financial Affairs #18. For any out of the ordinary sales or transfers happened more than 2 but less than 4 years ago, notate for attorney review. |
| 0:00:11 | Review information provided by client to ensure any financial accounts that were closed, rolled over, or cashed out within the year before the bankruptcy case was filed are listed on Statement of Financial Affairs #20. |
| 0:01:52 | Review Schedule A/B, Schedule G, and information provided by client to ensure any property being held for another person is listed on Statement of Financial Affairs #23. |
| 0:07:29 | Review documentation provided by client to ensure any businesses the client was associated with over the last 4 years are listed on Statement of Financial Affairs #27. Ensure that any property related to a sole proprietorship is included on Schedule B if applicable. Mark all business debts as such on Scheduled D and E/F. Ensure any sole proprietorship is listed properly on the Voluntary Petition. 13s: For certain sole propietorships, ensure a Business Certification is obtained and included in client's file and notate for attorney review. |
| 0:08:22 | Review Creditor Matrix for proper spelling and formatting. |
| 0:02:02 | Review a draft of the bankruptcy schedules to ensure no names of minor children are listed. |
| 0:00:49 | Review Schedules I and J to determine if they are receiving or paying family support and ensure all related documentation is saved in client's file. Prepare Domestic Support Obligation Certification if applicable. |
| 0:07:51 | For each debtor who did not recEive paystubs over the last 60 days, prepare a Certification of No Payment Advices. For each debtor who did receive paystubs over the last 60 days, prepare redacted paystubs to be filed. If any paystubs are missing, prepare Motion to Excuse Filing of Lost Payment Advices. |
| 0:06:06 | Complete Voluntary Petition in schedule preparation software including filing/case information, Debtor's name, Debtor's aliases, Debtor's address, Debtor's SSN, Debtor's sole proprietor information, and whether the debtor rents their residence. Review Form 121 and send to client for electronic signature. |
| 0:00:27 | 13s: Review tax returns provided by client. If any required tax returns were not filed, notate for inclusion on Information You Need to Know About Your Case packet. If no tax returns were required, then prepare a Certification Regarding Tax Returns. |
| 0:10:33 | Review Form 122 for consistency with other documentation in client's file and other schedules and forms in the clients bankruptcy case. If client's income is above the median, notate for attorney review and complete Above Median Means Test Analysis. |
| 0:00:03 | 13s: Review client's spreadsheet to determine if Social Security or Unemployment Compensation can be excluded. Notate for attorney review. |
| 0:00:03 | 13s: If the client is doing a wage attachment, prepare Wage Attachment document. Complete appropriate information in client's spreadsheet. |
| 0:00:21 | Review client's spreadsheet to determine if there's any need to extend or reinstate a stay. If yes, notate for attorney review. |
| 0:00:19 | Review schedules and information provided by client to ensure emergency notifications are notated in the Filing Checklist. If there are new files that need to be opened, notate in the Filing Checklist. |
| 0:53:32 | Review supplemental questionnaire, notes from initial appointment with client, event notes, transaction notes, and any unusual documentation provided by client to get background information on case. |
| 0:06:33 | Obtain PACER Report. Review PACER Report for previous bankruptcies. If PACER Report shows previous bankruptcy: Save docket reports for each previous bankruptcy. Add any bankruptcy within the last 8 years to the Voluntary Petition in the schedule preparation software. Ensure all previous bankruptcies are included in the notes for the 341 Hearing. |
| 0:00:12 | Review entries on the Statement of Financial Affairs #2 and information provided by client to determine whether the client has lived outside of Pennsylvania in the last 2 years. If yes, email attorney to determine if we can use federal exemptions. |
| 0:09:53 | Review documentation provided by client to enter wage and/or business income information for the current year plus two prior years onto the Statement of Financial Affairs #4. Ensure entries are consistent with client's spreadsheet. |

Case 5:25-bk-03020-MJC    Doc 24-2    Filed 06/12/26    Entered 06/12/26 15:35:57    Desc
Exhibit B - Bill    Page 5 of 7

| | |
|---|---|
| 0:05:33 | Review credit counseling certificate. Add date of credit counseling to schedule preparation software. Attach credit counseling certificate to voluntary petition in schedule preparation software. Add credit counseling information to the Statement of Financial Affairs #16. |
| 0:01:39 | Not Billable. |
| 0:15:01 | Review bank statements for large or unusual entries and annotate those entries for evaluation. Ask client to describe any remaining large or unusual transactions and add their descriptions to the highlighted bank statements. Add any interest or unusual income to client's spreadsheet. |
| 0:00:01 | Not Billable. |
| 0:00:24 | Not Billable. |
| 0:00:02 | Type correct paystubs in client's electronic work sheet. Verify client's expenses according to the documentation client sent. Enter certain filing information into Form 101. If a petition was already filed, add case number to software. Make sure client's exact name is as it appears on client's DL and list any alias that client might use or used in the past 8 years. Verify that client's DL won't expire for at least 2 months. Match client's address on petition to address on DL. Match client's SSN on petition to client's SSN card. If Debtor rents their residence, check the rental box on Additional Information tab in BestCase. |
| 0:00:02 | Email Ashley to prepare Schedule I, Schedule J, Form 122, and Plan. |
| 0:10:38 | Evaluate collection agency letters that client sent for FDCPA claims. For each claim found, set task in claims chart with a due date that is the earlier of two months before the statute of limitations or four months after the date that the task was set. |
| 0:01:19 | Pull Accurint search and save to client's electronic folder. Evaluate whether there are any issues that should change the planned filing date. Enter appropriate filing date in client's spreadsheet. |
| 0:00:22 | Move client's electronic folder from office's Clients>Hired folder to Schedules folder. Make sure client's folder includes each document that was requested from the client. If there are any retirement accounts listed in the Supplemental Questionnaire, ensure there is a statement for each account. Ensure all required tax returns are included in the client's folder. For Chapter 13 cases, ensure documentation regarding unfiled tax returns is saved in client's electronic folder. If the client lists business income in the Supplemental Questionnaire, ensure documentation is saved in client's electronic folder. Ensure marked items in the Document List are included in client's folder. |
| 0:03:06 | Add client's Social Security number to ProLaw. |
| 0:16:03 | Make copies of the clients most recent tax returns and save as Redacted Tax Returns. In the Redacted Tax Returns file, redact from client's most recent federal tax return filed all but last four digit's of client's Social Security Numbers including from the top of the page; verify that none were missed by using ctrl-F to serach for last four digits of SSN. If any dependents, redact dependents' names and all but last four digits of SSN. Then, redact bank account routing number and account number. Delete unnecessary pages from Redacted Tax Returns file. If current year's tax return is not included in client's electronic file email attorney with date that client said the tax return would be filed. if we are missing client's last year's federal tax return, email attorney to inform we need to request tax return transcript from IRS. |
| 0:00:05 | For Chapter 13 cases, update client's bankruptcy retainer name and save it to client's electronic file. |
| 0:06:17 | Generate ProLaw transaction notes and events listing reports, then save them to client's electronic file. |
| 0:00:10 | 13s: Ensure Plan has Special Provisions Attachment. Send Plan to attorney and client for signatures. Update wage attachment motion with correct wage attachment amount. If conduit, then send Authorization to Relase Information to the Trustee to the client for signature. |
| 0:08:16 | 13s: Set a task to file the following documents with the Trustee's office, as applicable: Redacted Tax Returns or 521(e) letter, driver's license or photo ID, Social Security Card, Certifcation Regarding Tax Returns, Certification of Domestic Support Obligations, business examination report, appraisal or valuation. Once all documents are uploaded, print a PDF of the screen and attach it to the client's electronic file. Email client's name and email address to the Trustee's office. If there's a conduit in the Plan, email Authorization to Release Information to the Trustee to the Trustee's office. If any utility company is listed on Schedule E/F, email ASW to send Adequate Assurance Email to electric company. If applicable, use certified mail to serve the Plan to each FDIC-insured creditor listed in Plan section 2.E. including the name and address of an officer at the FDIC-insured creditor. |
| 0:00:09 | 13s: If applicable, assign task to ASW for order granting wage motion. |
| 0:00:24 | 13s: Evaluate property taxes on any real estate owned and add tax collectors for any unpaid property taxes to Schedule E/F. If there is an unpaid sewer bill, ensure it is paid in the plan. If curing mortgage arrears and if an attorney has appeared, email that attorney for a reinstatement figure good through the anticipated filing date. |
| 0:00:04 | 13s: Ensure all liabilites listed on Schedule E are added to the appropriate part of the client's spreadsheet. |

Case 5:25-bk-03020-MJC    Doc 24-2    Filed 06/12/26    Entered 06/12/26 15:35:57    Desc
Exhibit B - Bill    Page 6 of 7

| | |
|---|---|
| 0:06:15 | Sign in to the court's ECF website. File and log the ECF Document Number for the following forms, as applicable: Statement About Your Social Security Number, Payment Advices or Certification of No Payment Advices, Emergency Motion to Excuse Filing of Lost Payment Advices, Emergency Motion for Extension/Reinstatement of Automatic Stay, Chapter 13 Plan, Chapter 13 Wage Attachment Motion with Wage Attachment Order. Pay debtor's rent if applicable. |
| 0:00:25 | Mark client as "case filed" in marketing software. |
| 0:00:02 | Move client's electronic folder to folder for 341 Meetings |
| 0:00:35 | Update Violations Tracking Spreadsheet and Client Status spreadsheet. |
| 0:06:23 | Follow prompts in schedule preparation software to file the bankruptcy petition with the court. |
| 0:00:37 | Update matter description in ProLaw with the chapter filed, pronunciation of client's name, and, for 13s, the GUF. |
| 0:00:53 | Assign task for ASW to verify that the client's Financial Management Course certificate has been filed with the court. |
| 0:01:10 | Add full name and all aliases from petition to client's electronic file. |
| 0:00:46 | In client's electronic file, create 7/13 Petition Filed docket event |
| 0:01:13 | Send message to client with their case number. |
| 0:00:23 | 13s: If mortgage is current, review documentation in client's file to make sure it will be completely current on the date of filing and schedule signing appropriately. |
| 0:00:29 | Review credit counseling certificate to ensure counesling was completed within 180 days before filing. Ensure credit counseling certificate is appended to the Voluntary Petition in schedule preparation software. |
| 0:00:12 | Verify 163 Redacted Tax Returns is the most recent return that was filed. |
| 0:00:02 | If client made a payment to us within the last week, have client give us bank statement showing that the payment has come out of their account. |
| 0:01:46 | Review information provided by client to ensure the as of dates are included on Schedule B #16-21, ,23, 24, and 31. |
| 0:00:03 | Use Debtor's most recent paystub to updated Statement of Financial Affairs #4. Review redacted paystubs to ensure all paystubs from the last 60 days are included in the document. |

Case 5:25-bk-03020-MJC   Doc 24-2   Filed 06/12/26   Entered 06/12/26 15:35:57   Desc
Exhibit B - Bill   Page 7 of 7