IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

FORTUNA ESPAILLAT GONZALES; AKA
FORTUNA ESPAILLAT; AKA FORTUNA
ESPAILLAT G; AKA FORTUNA E
GONZALES,

DEBTOR

CHAPTER 13

CASE NO. 5:25-bk-03020-MJC

**Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3**

| Title of Paper Served: | NOTICE OF APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entities on the attached service list | | United States Mail – First Class Postage Prepaid |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: June 12, 2026

s/Tiffany Bator
Tiffany Bator, Paralegal
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769

| |
|---|
| Lakeview Loan Servicing, LLC<br>c/o McCalla Raymer Leibert Pierce, LLP<br>Bankruptcy Department<br>325 Chestnut Street Suite 725<br>Philadelphia, PA 19106-2607 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Citibank<br>PO Box 6217<br>Sioux Falls, SD 57117-6217 |
| Comenity Bank/Gamestop<br>PO Box 182125<br>Columbus, OH 43218-2125 |
| Driveway Finance Corporation<br>150 N Bartlett St<br>Medford, OR 97501-6015 |
| Driveway Finance Corporation<br>Jefferson Capital Systems, LLC Assignee<br>PO Box 7999<br>Saint Cloud, MN 56302-7999 |
| JPMorgan Chase Bank<br>PO Box 15299<br>Wilmington, DE 19850-5299 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999 |

| |
|---|
| SAINT CLOUD MN 56302-7999 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lakeview Loan Servicing, LLC<br>Nationstar Mortgage LLC<br>Bankruptcy Department<br>PO Box 619096<br>Dallas TX 75261-9096 |
| Lakeview Loan Servicing, LLC<br>c/o McCalla Raymer Leibert Pierce, LLP<br>Bankruptcy Department<br>325 Chestnut Street, Suite 725<br>Philadelphia, PA 19106-2607 |
| Mileage Plus United<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 |
| Nationstar/Mr Cooper<br>350 Highland St<br>Houston, TX 77009-6623 |
| Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Synchrony Bank/Lowes<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| The Home Depot/CBNA<br>PO Box 790046<br>Saint Louis, MO 63179-0046 |
| U.S. Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416-0002 |