**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

FORTUNA ESPAILLAT GONZALES,
AKA FORTUNA ESPAILLAT,
AKA FORTUNA ESPAILLAT G,
AKA FORTUNA E GONZALES,

DEBTOR

CHAPTER 13

CASE NO. 5:25-bk-03020-MJC

## ORDER APPROVING INTERIM COMPENSATION TO COUNSEL FOR DEBTOR

Upon consideration of *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses,* Doc. 24 ("Application"), after counsel's certification that proper notice was provided to all parties entitled to notice, no responses having been filed thereto, it is hereby

**ORDERED** that the following interim amounts are awarded: compensation in the amount of $3,015.00 and reimbursement of expenses in the amount of $383.46 for a total sum of $3,398.46. This compensation is in addition to all amounts previously paid by the debtor, approved by this court, or that were included in the confirmed plan. Counsel is authorized to apply $3,333.00 of client funds that it is holding in its trust account toward this amount. The remaining $65.46 may be paid by the Chapter 13 Trustee.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: July 17, 2026