**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**PRAECIPE TO WITHDRAW AND SUBSTITUTE**

Effective July 17, 2026, I will no longer be associated with the law firm of McCalla Raymer Leibert & Pierce, LLP. Kindly withdraw my appearance on the matters in Exhibit "A" and substitute Brian Nicholas, Esq., of McCalla Raymer Leibert & Pierce, LLP in my place.

Date: July 17, 2026

Respectfully submitted,

/s/ Mark Cronin________________
Mark Cronin, Esq.
PA I.D. # 58240
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street, Suite 725
Philadelphia, PA 19106

Kindly enter my appearance on the matters listed in Exhibit "A" in place of Mark Cronin, Esq.

Date: September 4, 2026

Respectfully submitted,
/s/ Brian Nicholas________________
Brian Nicholas, Esq.
PA I.D. # 317240
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street, Suite 725
Philadelphia, PA 19106
Brian.nicholas@mccalla.com